FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2022

No. 04-22-00080-CR

James **RISO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 21-06-14106-CR
Honorable Daniel J. Kindred, Judge Presiding

# O R D E R

Appellant's brief originally was due on May 25, 2022. On May 18, 2022, appellant's appointed counsel, Mr. Anthony Welch, filed an unopposed motion requesting a sixty-day extension of time in which to file the brief. Mr. Welch states he "needs additional time to review the record, research, and prepare the initial brief." The motion is GRANTED IN PART and DENIED IN PART. Mr. Welch is ORDERED to file appellant's brief **no later than June 24, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court